## United States District Court
## Violation Notice

CVB Location Code: MD39

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4903540 | Ayala | 1549 |

4903540

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 01282016-0739 | MD 16-101(a) |

Place of Offense: NIH Patients Entrance West Drive and W Cedar Lane

Offense Description: Factual Basis for Charge — HAZMAT ☐

Driving without a License

DEFENDANT INFORMATIO[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Lopez | Oscar | |

[redacted]

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| 04375CG | MD | 07 | Honda | White |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court 6500 Cherrywood LN Greenbelt, MD 20770

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature X

(Rev. 01/2011) Original - CVB Copy

CVB SCAN FEB 08, 2016 14:38

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________ Date (mm/dd/yyyy) ______________ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________ Date (mm/dd/yyyy) ______________ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN FEB 08, 2016 14:38